IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DANIEL MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-534-KAJ |
| | ) | |
| ARAMARK HEALTHCARE SUPPORT | ) | |
| SERVICES, INC., ARAMARK CLINICAL | ) | |
| TECHNOLOGY SERVICES, INC., and | ) | |
| ARAMARK MANAGEMENT SERVICES | ) | |
| LIMITED PARTNERSHIP, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Anne E. Martinez to represent Defendants, Aramark Healthcare Support Services, Inc., Aramark Clinical Technology Services, Inc., and Aramark Management Services Limited Partnership in this matter.

                                       McCARTER & ENGLISH, LLP

                                       /s/ Christopher A. Selzer

                                       Christopher A. Selzer (DE ID# 4305)
                                       919 North Market Street, Suite #1800
                                       P. O. Box 111
                                       Wilmington, DE  19899
                                       (302) 984-6300

                                       Attorney for Defendants,
                                       Aramark Healthcare Support Services, Inc.,
                                       Aramark Clinical Technology Services, Inc.,
                                       and Aramark Management Services Limited
                                       Partnership

Dated:  September 19, 2006

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of Pennsylvania and New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid _____ to the Clerk of the Court or, if not paid previously, the fee payment will be submitted to __X_ the Clerk's Office upon the filing of this motion.

Date: 9/18/06

Anne E. Martinez
Morgan Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103

ME1\5844470.1

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL MILLER,<br><br>    Plaintiff,<br><br>v.<br><br>ARAMARK HEALTHCARE SUPPORT SERVICES, INC., ARAMARK CLINICAL TECHNOLOGY SERVICES, INC., and ARAMARK MANAGEMENT SERVICES LIMITED PARTNERSHIP,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 06-534-KAJ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* for Anne E. Martinez is GRANTED.

Date:_____      _____
                                                           United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion and Order for Admission Pro Hac Vice was served via electronic filing on the 19th day of September, 2006 on the following counsel of record:

>William D. Fletcher, Jr., Esquire
>Schmittinger & Rodriguez, P.A.
>414 South State Street
>P. O. Box 497
>Dover, DE  19901

/s/ Christopher A. Selzer
_____
Christopher A. Selzer (DE Bar ID #4305)