## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DANIEL MILLER,** | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 06-534 (KAJ) |
| **ARAMARK HEALTHCARE SUPPORT SERVICES, INC., ARAMARK CLINICAL TECHNOLOGY SERVICES, INC., AND ARAMARK MANAGEMENT SERVICES LIMITED PARTNERSHIP,** | |
| Defendants. | |

## NOTICE OF SERVICE

I, Christopher A. Selzer, hereby certify that a true and correct copy of Rules 26 Initial Disclosures of Aramark Healthcare Support Services, Inc., Aramark Clinical Technology Services, Inc., and Aramark Management Services Limited Partnership were served by first class mail on this 17th day of November, 2006, upon the following counsel of record:

William D. Fletcher, Jr., Esquire
Schmittinger & Rodriguez, P.A.
414 South State Street
P. O. Box 497
Dover, DE 19901

McCARTER & ENGLISH, LLP
/s/ Christopher A. Selzer

Michael P. Kelly (DE ID #2295)
Christopher A. Selzer (DE ID# 4305)
919 North Market Street, Suite #1800
P. O. Box 111
Wilmington, DE 19899
(302) 984-6300

Attorney for Defendants,
Aramark Healthcare Support Services, Inc.,
Aramark Clinical Technology Services, Inc.,
and Aramark Management Services Limited
Partnership

ME1\5907208.1

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served a true and correct copy of the Initial

Disclosures of Defendants ARAMARK Healthcare Support Services, Inc., ARAMARK Clinical

Technology Services, Inc., and ARAMARK Management Services Limited Partnership via first

class mail, on this 17th day of October, 2006, on:

> William D. Fletcher, Jr.
> SCHMITTINGER & RODRIGUEZ, P.A.
> 414 South State Street
> P.O. Box 497
> Dover, DE 19901
>
> Attorneys for Plaintiff

Christopher A. Selzer (DE Bar ID #4305)

ME1\5905666.1