IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL MILLER,<br><br>    Plaintiff,<br><br>v.<br><br>ARAMARK HEALTHCARE SUPPORT SERVICES, INC., a domestic corporation, and ARAMARK CLINICAL TECHNOLOGY SERVICES, INC., a domestic corporation, and ARAMARK MANAGEMENT SERVICES LIMITED PARTNERSHIP,<br><br>    Defendants | *<br>*<br>*<br>*<br>*<br>*   C.A. No. 06-534 (KAJ)<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

## NOTICE OF SERVICE

I hereby certify that I have caused copies of the following:

**PLAINTIFF'S INTERROGATORIES DIRECTED TO EACH NAMED DEFENDANT**

and

**PLAINTIFF'S REQUEST FOR PRODUCTION
OF DOCUMENTS DIRECTED TO EACH NAMED DEFENDANT**

to be served upon:    Michael P. Kelly, Esq.
    Christopher A. Selzer, Esq.
    McCarter & English, LLP
    919 North Market Street, Suite #1800
    P.O. Box 111
    Wilmington, DE 19899

by mailing copies at the address shown above, postage prepaid on 11/29, 2006.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: /s/ William D. Fletcher, Jr.
WILLIAM D. FLETCHER, JR.
Bar I.D. # 362

/s/ Noel E. Primos
NOEL E. PRIMOS
Bar I.D. #3124
414 South State Street
P.O. Box 497
Dover, DE 19903
Attorneys for Plaintiff

Dated: 11-29-06
/ljo