IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL MILLER, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * C.A. No 06-534 (KAJ) |
| ARAMARK HEALTHCARE SUPPORT | * |
| SERVICES, INC., a domestic corporation, | * |
| and ARAMARK CLINICAL TECHNOLOGY | * |
| SERVICES, INC., a domestic corporation, and | * |
| ARAMARK MANAGEMENT SERVICES | * |
| LIMITED PARTNERSHIP, | * |
| | * |
| Defendants | * |

## NOTICE OF SERVICE

I hereby certify that I have caused copies of the following:

### PLAINTIFF'S INITIAL DISCLOSURES MADE PURSUANT TO FED. R. CIV. P. 26(a)(1)

to be served upon:

MICHAEL P. KELLY, ESQUIRE
CHRISTOPHER A. SELZER, ESQUIRE
McCarter & English, LLP
919 North Market Street, Suite #1800
P.O. Box 111
Wilmington, DE 19899

ANNE E MARTINEZ, ESQUIRE
Morgan Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103

by mailing copies at the address shown above, postage prepaid on __12/6/__, 2006.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
WILLIAM D. FLETCHER, JR
Bar I.D. # 362
414 South State Street
P.O. Box 497
Dover, DE 19903
(302) 674-0140
Attorneys for Plaintiff

Dated: 12/06/06
/ljo