IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL MILLER,<br><br>    Plaintiff,<br><br>v.<br><br>ARAMARK HEALTHCARE SUPPORT SERVICES, INC., ARAMARK CLINICAL TECHNOLOGY SERVICES, INC., AND ARAMARK MANAGEMENT SERVICES LIMITED PARTNERSHIP,<br><br>    Defendants. | CIVIL ACTION NO. 06-534 (KAJ) |

## NOTICE OF SERVICE

I, Christopher A. Selzer, hereby certify that a true and correct copy of Defendants' First Request for Production of Documents Directed to Plaintiff Daniel Miller and Defendants' First Set of Interrogatories Directed to Plaintiff Daniel Miller were served by first class mail on this 6th day of December, 2006, upon the following counsel of record:

    William D. Fletcher, Jr., Esquire
    Schmittinger & Rodriguez, P.A.
    414 South State Street
    P. O. Box 497
    Dover, DE  19901

    McCARTER & ENGLISH, LLP

    /s/ Christopher A. Selzer
    _____
    Michael P. Kelly (DE ID #2295)
    Christopher A. Selzer (DE ID# 4305)
    919 North Market Street, Suite #1800
    P. O. Box 111
    Wilmington, DE  19899
    (302) 984-6300

    Attorney for Defendants,
    Aramark Healthcare Support Services, Inc.,
    Aramark Clinical Technology Services, Inc.,
    and Aramark Management Services Limited Partnership

ME1\5907208.1