IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL MILLER, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 06-534-KAJ |
| : | |
| ARAMARK HEALTHCARE SUPPORT : | |
| SERVICES, INC., et al., : | |
| : | |
| Defendants. : | |

## ORDER

At Wilmington this **7th** day of **December, 2006**,

IT IS ORDERED that the mediation conference statements for the mediation in the above matter due on or before **Thursday, December 21, 2006 shall be delivered to the Clerk's Office by no later than 12:00 Noon.** All other provisions of the Court's November 27, 2006 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE