IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL MILLER, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | *   C.A. No. 06-534 *** |
| ARAMARK HEALTHCARE SUPPORT | * |
| SERVICES, INC., a domestic corporation, | *   **NOTICE OF SERVICE** |
| and ARAMARK CLINICAL TECHNOLOGY | * |
| SERVICES, INC., a domestic corporation, and | * |
| ARAMARK MANAGEMENT SERVICES | * |
| LIMITED PARTNERSHIP, | * |
| | * |
| Defendants. | * |

I hereby certify that I have caused copies of the foregoing:

**Designation of Plaintiff's Economic Expert, Charles Link, Ph.D., Charles Link's Report, Curriculum Vitae and List of Testimony**

to be served upon:

>   Anne E. Martinez, Esq.
>   William Delaney, Esq.
>   Morgan Lewis & Bockius LLP
>   1701 Market Street
>   Philadelphia, PA 19103
>
>   Michael P. Kelly, Esq.
>   Christopher A. Selzer, Esq.
>   McCarter & English LLP
>   919 North Market Street, Suite 1800
>   P.O. Box 111
>   Wilmington, DE 19899

by mailing copies via FedEx overnight delivery at the addresses shown above, postage prepaid on 12/27/06.

>   SCHMITTINGER & RODRIGUEZ, P.A.
>
>   BY: _____
>   Noel E. Primos
>   Bar Id: 3124
>   414 S. State Street
>   P.O. Box 497
>   Dover, DE 19904-0497
>   Attorneys for Plaintiffs

Dated: 12-27-06
/ljo

## CERTIFICATE OF SERVICE

I hereby certify that I have caused copies of the foregoing:

## NOTICE OF SERVICE

to be served upon:

        Anne E. Martinez, Esq
        William Delaney, Esq.
        Morgan Lewis & Bockius LLP
        1701 Market Street
        Philadelphia, PA 19103

        Michael P. Kelly, Esq.
        Christopher A. Selzer, Esq
        McCarter & English LLP
        919 North Market Street, Suite 1800
        P O Box 111
        Wilmington, DE 19899

by mailing copies via FedEx overnight delivery at the address shown above, postage prepaid on 12/27/06

        SCHMITTINGER & RODRIGUEZ, P.A

BY: _____
        Noel E Primos
        Bar I.D. No 3124
        414 South State Street
        P.O. Box 497
        Dover, DE 19903
        (302) 674-0140
        Attorneys for Plaintiff

Dated: 12-27-06
/ljo