IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL MILLER,<br><br>       Plaintiff,<br><br>v.<br><br>ARAMARK HEALTHCARE SUPPORT SERVICES, INC., a domestic corporation, and ARAMARK CLINICAL TECHNOLOGY SERVICES, INC., a domestic corporation, and ARAMARK MANAGEMENT SERVICES LIMITED PARTNERSHIP,<br><br>       Defendants. | *<br>*<br>*<br>*<br>*<br>*   C.A. No. 06-534 (***)<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

## NOTICE OF SERVICE

     I, Michael P. Kelly, hereby certify that a true and correct copy of Defendants' Objections and Responses to Plaintiff's Interrogatories was served by first class mail on this 4th day of January, 2007, upon the following counsel of record:

          William D. Fletcher, Jr., Esquire
          Schmittinger & Rodriguez, P.A.
          414 South State Street
          P. O. Box 497
          Dover, DE 19901

                              McCARTER & ENGLISH, LLP

                              /s/ Michael P. Kelly

                              Michael P. Kelly (DE ID #2295)
                              Christopher A. Selzer (DE ID# 4305)
                              919 North Market Street, Suite #1800
                              P. O. Box 111
                              Wilmington, DE 19899
                              (302) 984-6300

                              Attorney for Defendants,
                              Aramark Healthcare Support Services, Inc.,
                              Aramark Clinical Technology Services, Inc.,
                              and Aramark Management Services Limited
                              Partnership