IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL MILLER, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | *   C.A. No. 06-534 *** |
| ARAMARK HEALTHCARE SUPPORT, | * |
| SERVICES, INC., a domestic corporation, | * |
| and ARAMARK CLINICAL TECHNOLOGY | * |
| SERVICES, INC., a domestic corporation, and | * |
| ARAMARK MANAGEMENT SERVICES | * |
| LIMITED PARTNERSHIP | * |
| | * |
| Defendants. | * |

## REVISED SCHEDULING ORDER

This ____ day of _____, 2007, the Court having conducted a telephone conference on January 5, 2007, with the parties regarding revisions to the Scheduling Order;

IT IS ORDERED that:

1. In paragraph 7, <u>Interim Status Report</u> shall be filed on or before March 21, 2007

2. In paragraph 8, <u>Status Conference</u> shall be held on March 28, 2007 at 4:30 p.m. Plaintiff's counsel shall initiate the telephone call.

3. In paragraph 11, <u>Pretrial Conference</u> shall be held on November 14, 2007 at 2:00 p.m. The parties shall file with the Court the join proposed Final Pretrial Order by October 29, 2007.

4. In paragraph 12, <u>Motions *in Limine*</u> Each party shall be limited to five *in limine* requests, each with a maximum of three pages Support of opposition to *in limine* requests shall be combined in a single three page submission.

5. In paragraph 13, <u>Jury Instructions, Voir Dire and Special Verdict Forms</u> shall be filed with the Final Pretrial Order on October 29, 2007

6. In paragraph 14, <u>Trial</u> is scheduled for a 3 day jury trial beginning at 9:00 a.m. on December 10, 2007

_____
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that I have caused copies of the following:

## REVISED SCHEDULING ORDER

to be served upon:

MICHAEL P. KELLY, ESQUIRE
CHRISTOPHER A. SELZER, ESQUIRE
McCarter & English, LLP
Citizens Bank Building
919 N. Market Street, 18th Floor
Wilmington, DE 19801

WILLIAM DELANY, ESQUIRE
ANNE E. MARTINEZ, ESQUIRE
Morgan Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103

by electronically filing and mailing copies to the addresses shown above, postage prepaid on
*1-9-07*

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
WILLIAM D. FLETCHER, JR.
Bar ID #362
414 South State Street
P.O. Box 497
Dover, Delaware 19903-0497
Attorneys for Plaintiff

DATED: *1.9.07*
WDF/ljo