IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DANIEL MILLER, | * | |
|     Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | C.A. No. 06-534 *** |
| ARAMARK HEALTHCARE SUPPORT, | * | |
| SERVICES, INC., a domestic corporation, | * | |
| and ARAMARK CLINICAL TECHNOLOGY | * | |
| SERVICES, INC., a domestic corporation, and | * | |
| ARAMARK MANAGEMENT SERVICES | * | |
| LIMITED PARTNERSHIP | * | |
| | * | |
|     Defendants. | * | |

## STIPULATION APPOINTING A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

In accordance with the provisions of 28 U.S.C. § 636(c), the parties stipulate that The Honorable Mary Pat Thynge, Magistrate Judge shall conduct any or all proceedings in this case including a jury trial, and to order the entry of a final judgment. The parties further stipulate that Magistrate Judge Mary Pat Thynge should continue as Mediator in this case.

MORGAN LEWIS & BOCKIUS LLP

BY: /s/ Anne E. Martinez
    Anne E. Martinez (admitted pro hac vice)

BY: /s/ William J. Delany
    William J. Delany (admitted pro hac vice)
    1701 Market Street
    Philadelphia, PA 19103-2921

McCARTER & ENGLISH, LLP

BY: /s/ Christopher A. Selzer
    Christopher A. Selzer (Bar I.D. No. 4305)

BY: /s/ Michael P. Kelly
    Michael P. Kelly (Bar I.D. No. 2295)
    919 N. Market Street, 18th Floor
    Wilmington, DE 19801

SCHMITTINGER & RODRIGUEZ P.A.

BY: /s/ William D. Fletcher, Jr.
    William D. Fletcher, Jr. (Bar I.D. No. 362)

BY: /s/ Noel E. Primos
    Noel E. Primos (Bar I.D. No. 3124)
    414 S. State Street, P.O. Box 497
    Dover, DE 19903-0497

Dated: 1-11-07

WDF/ljo

## CERTIFICATE OF SERVICE

I do hereby certify that I have caused copies of the following:

## STIPULATION APPOINTING A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

to be served upon:

ANNE E. MARTINEZ, ESQUIRE
WILLIAM J. DELANY, ESQUIRE
Morgan Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921

CHRISTOPHER A. SELZER, ESQUIRE
MICHAEL P. KELLY, ESQUIRE
McCarter & English, LLP
Citizens Bank Building
919 N. Market Street, 18th Floor
Wilmington, DE 19801

by electronically filing and mailing copies to the addresses shown above, postage prepaid on

1-11-07

                                                SCHMITTINGER & RODRIGUEZ, P.A.

                                                BY: /s/ William D. Fletcher, Jr.
                                                     William D. Fletcher, Jr.
                                                     Bar I.D. No. 362

                                                BY: /s/ Noel E. Primos
                                                     Noel E. Primos
                                                   Bar I.D. No. 3124
                                                 414 South State Street
                                                 P.O. Box 497
                                                 Dover, Delaware 19903-0497
                                                 Attorneys for Plaintiff

Dated: 1/11/07
WDF/ljo