IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL MILLER, | * |
|     Plaintiff, | * |
| | * |
| v. | * |
| | *     C.A. No. 06-534 *** |
| ARAMARK HEALTHCARE SUPPORT, | * |
| SERVICES, INC., a domestic corporation, | *     **NOTICE OF DEPOSITIONS** |
| and ARAMARK CLINICAL TECHNOLOGY | * |
| SERVICES, INC., a domestic corporation, and | * |
| ARAMARK MANAGEMENT SERVICES | * |
| LIMITED PARTNERSHIP | * |
| | * |
|     Defendants | * |

TO:   William Delany, Esquire
       Anne E. Martinez, Esquire
       Morgan, Lewis & Bockius LLP
       1701 Market Street
       Philadelphia, PA 19103

       Michael P. Kelly, Esquire
       Christopher A. Selzer, Esquire
       McCarter & English, LLP
       Citizens Bank Building
       919 N. Market Street, 18th Floor
       Wilmington, DE 19801

    **PLEASE TAKE NOTICE** that the undersigned attorneys will take the depositions of Tom Crothbertson on February 6, 2007 at 10:00 a.m. and Jonathan Hill on February 6, 2007 at 2:00 p.m. Said depositions shall take place in the offices of Schmittinger & Rodriguez, 414 South State Street, Dover, Delaware, 19901.

                        SCHMITTINGER & RODRIGUEZ, P.A.

BY:   /s/ William D. Fletcher, Jr.
        WILLIAM D. FLETCHER, JR
        Bar I.D. No. 362

BY:   /s/ Noel E. Primos
        NOEL E. PRIMOS
        Bar I.D. No. 3124
        414 S. State Street
        P.O. Box 497
        Dover, DE 19903
        Co-Counsel for Plaintiff

WDF/ljo
Dated: 1/18/07

## CERTIFICATE OF SERVICE

I do hereby certify that I have caused two copies of the foregoing:

## NOTICE OF DEPOSITIONS

to be served upon:

> William Delany, Esquire
> Anne E. Martinez, Esquire
> Morgan, Lewis & Bockius LLP
> 1701 Market Street
> Philadelphia, PA 19103
>
> Michael P. Kelly, Esquire
> Christopher A. Selzer, Esquire
> McCarter & English, LLP
> Citizens Bank Building
> 919 N. Market Street, 18th Floor
> Wilmington, DE 19801

by electronically filing and mailing copies to Defendants' counsel at the addresses shown above, postage prepaid on __1-18-07__.

                                        SCHMITTINGER & RODRIGUEZ, P.A.

BY:    /s/ William D. Fletcher, Jr.
          WILLIAM D. FLETCHER, JR.
          Bar I.D. No. 362
          414 S. State Street
          P.O. Box 497
          Dover, DE 19903
          Co-Counsel for Plaintiff

Dated: 1-18-07

cc: Cheryl Anthony