IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DANIEL MILLER, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | C.A. No. 06-534 (***) |
| | * | |
| ARAMARK HEALTHCARE SUPPORT | * | |
| SERVICES, INC., a domestic corporation, | * | |
| and ARAMARK CLINICAL TECHNOLOGY | * | |
| SERVICES, INC., a domestic corporation, and | * | |
| ARAMARK MANAGEMENT SERVICES | * | |
| LIMITED PARTNERSHIP, | * | |
| | * | |
| Defendants. | * | |

## NOTICE OF DEPOSITION

TO:    William D. Fletcher, Jr., Esquire
Noel E. Primos, Esquire
SCHMITTINGER & RODRIGUEZ, P.A.
P.O. Box 497
414 South State Street
Dover, Delaware  19901

**PLEASE TAKE NOTICE** that pursuant to Rule 30 of the Federal Rules of Civil

Procedure, counsel for Defendants ARAMARK Healthcare Support Services, Inc., ARAMARK

Clinical Technology Services, Inc., and ARAMARK Management Services Limited Partnership

(collectively, "Defendants") will take the deposition of Plaintiff Daniel Miller on February 5,

2007, beginning at 10:00 a.m. at the offices of Schmittinger & Rodriguez, P.A., 414 South State

Street, Dover, DE 19901.  The deposition shall be conducted before a person duly authorized by

law to administer oaths, shall be recorded stenographically, and shall continue from day to day

thereafter until completed.

McCARTER & ENGLISH LLP

By: /s/ Christopher A. Selzer
Michael P. Kelly  (D.E. Bar I.D. 2295)
Christopher A. Selzer (D.E. Bar I.D. 4305)
Citizens Bank Building
919 N. Market Street, 18th Floor
Wilmington, DE 19801
Tel. 302.984.6301/6392

William J. Delany    (admitted *pro hac vice*)
Anne E. Martinez    (admitted *pro hac vice* )
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel. 215.963.5066/5718
Fax. 215.963.5001
wdelany@morganlewis.com
aemartinez@morganlewis.com

Attorneys for Defendants
ARAMARK Healthcare Support Services,
Inc., ARAMARK Clinical Technology
Services, Inc., and ARAMARK Management
Services Limited Partnership

Dated:  January 19, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that I caused to be served a true and correct copy of the foregoing

Notice of Deposition by e-file on this 19th day of January, 2007, on:

William D. Fletcher, Jr., Esquire
Noel E. Primos, Esquire
SCHMITTINGER & RODRIGUEZ, P.A.
P.O. Box 497
414 South State Street
Dover, Delaware  19901

Attorneys for Plaintiff


　/s/ Christopher A. Selzer
Christopher A. Selzer (DE Bar ID #4305)