IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL MILLER, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | *   C.A. No. 06-534 *** |
| ARAMARK HEALTHCARE SUPPORT, | * |
| SERVICES, INC., a domestic corporation, | * |
| and ARAMARK CLINICAL TECHNOLOGY | * |
| SERVICES, INC., a domestic corporation, and | * |
| ARAMARK MANAGEMENT SERVICES | * |
| LIMITED PARTNERSHIP, | * |
| | * |
| Defendants. | * |

## NOTICE OF SERVICE

I do hereby certify that I have caused a copy of the following:

### PLAINTIFF'S ANSWERS TO DEFENDANTS' FIRST SET OF INTERROGATORIES

### AND

### PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

to be served upon:

ANNE E. MARTINEZ, ESQUIRE
WILLIAM J. DELANY, ESQUIRE
Morgan Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921

by mailing a copy to the address shown above, postage prepaid on Jan. 26, 2007

SCHMITTINGER & RODRIGUEZ, P.A.

BY: /s/ William D. Fletcher, Jr.
    William D. Fletcher, Jr.
    Bar I.D. No. 362

BY: /s/ Noel E. Primos
    Noel E. Primos
    Bar I.D. No. 3124
    414 South State Street
    P.O. Box 497
    Dover, Delaware 19903-0497
    Attorneys for Plaintiff

DATED: 1.26.07
WDF/ljo

## CERTIFICATE OF SERVICE

I do hereby certify that I have caused a copy of the foregoing:

### PLAINTIFF'S ANSWERS TO DEFENDANTS' FIRST SET OF INTERROGATORIES

AND

### PLAINTIFF'S REPONSES TO DEFENDANTS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

AND

### NOTICE OF SERVICE

to be served upon:

William Delany, Esquire
Anne E. Martinez, Esquire
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103

by mailing a copy to Defendants' counsel at the address shown above, postage prepaid on Jan. 26, 2007.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: /s/ William D. Fletcher, Jr.
William D. Fletcher, Jr.
Bar I.D. No. 362

BY: /s/ Noel E. Primos
Noel E. Primos
Bar I.D. No. 3124
414 S. State Street
P.O. Box 497
Dover, DE 19903
Attorneys for Plaintiff

Dated: 1/26/07
WDF/ljo