IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL MILLER,<br><br>             Plaintiff,<br><br>v.<br><br>ARAMARK HEALTHCARE SUPPORT SERVICES, INC., ARAMARK CLINICAL TECHNOLOGY SERVICES, INC., AND ARAMARK MANAGEMENT SERVICES LIMITED PARTNERSHIP,<br><br>             Defendants. | CIVIL ACTION NO. 06-534 |

## JOINT STIPULATION FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and counsel for Defendants that Defendants shall have until February 28, 2007 to identify their economic or vocational experts and submit expert reports. Plaintiff shall have until March 30, 2007 to reply to any economic or vocational expert report submitted by Defendants.

/s/ Noel E. Primos
William D. Fletcher, Jr. (D.E. Bar I.D. 362)
Noel E. Primos (D.E. Bar I.D. 3124)
SCHMITTINGER & RODRIGUEZ, P.A.
414 South State Street
P.O. Box 497
Dover, DE 19901
Tel. 302.674.0140

Attorneys for Plaintiff

/s/ Christopher A. Selzer
Michael P. Kelly (D.E. Bar I.D. 2295)
Christopher A. Selzer (D.E. Bar I.D. 4305)
MCCARTER & ENGLISH, LLP
Citizens Bank Building
919 N. Market Street, 18th Floor
Wilmington, DE 19801
Tel. 302.984.6301/6392

William J. Delany (admitted *pro hac vice*)
Anne E. Martinez (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Tel. 215.963.5066/5718

Attorneys for Defendants

**APPROVED AND SO ORDERED THIS \_\_\_\_ DAY OF _____, 2007.**

_____
Mary Pat Thynge, U.S.M.J.