IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL MILLER, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | *   C.A. No  06-534 *** |
| ARAMARK HEALTHCARE SUPPORT, | * |
| SERVICES, INC., a domestic corporation, | * |
| and ARAMARK CLINICAL TECHNOLOGY | * |
| SERVICES, INC., a domestic corporation, and | * |
| ARAMARK MANAGEMENT SERVICES | * |
| LIMITED PARTNERSHIP, | * |
| | * |
| Defendants. | * |

## NOTICE OF SERVICE

I do hereby certify that I have caused copies of the following:

### PLAINTIFF'S SUPPLEMENTAL ANSWERS TO DEFENDANTS' FIRST SET OF INTERROGATORIES

to be served upon:

ANNE E. MARTINEZ, ESQUIRE
WILLIAM J. DELANY, ESQUIRE
Morgan Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921

MICHAEL P. KELLY, ESQUIRE
CHRISTOPHER SELZER, ESQUIRE
McCarter & English LLP
919 North Market Street, Suite 1800
P.O. Box 111
Wilmington, DE 19899

by hand delivering copies to Defendants' counsel at Schmittinger and Rodriguez, P.A., Dover, Delaware on __2/5/07__.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: /s/ William D. Fletcher, Jr.
    William D. Fletcher, Jr
    Bar I.D. No. 362

BY: /s/ Noel E. Primos
    Noel E. Primos
    Bar I.D. No. 3124
    414 South State Street
    P O Box 497
    Dover, Delaware 19903-0497
    Attorneys for Plaintiff

DATED: 2/5/07
WDF/ljo

# CERTIFICATE OF SERVICE

I do hereby certify that I have caused copies of the foregoing:

## PLAINTIFF'S SUPPLEMENTAL ANSWERS TO DEFENDANTS' FIRST SET OF INTERROGATORIES

### AND

### NOTICE OF SERVICE

to be served upon:

>William Delany, Esquire
>Anne E. Martinez, Esquire
>Morgan, Lewis & Bockius LLP
>1701 Market Street
>Philadelphia, PA 19103
>
>Michael P. Kelly, Esq
>Christopher A. Selzer, Esq.
>McCarter & English LLP
>919 North Market Street, Suite 1800
>P.O. Box 111
>Wilmington, DE 19899

by hand delivering copies to Defendants' counsel at Schmittinger and Rodriguez, P.A., Dover, Delaware on 2/5/07.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: /s/ William D. Fletcher, Jr.
William D. Fletcher, Jr.
Bar I.D. No. 362

BY: /s/ Noel E. Primos
Noel E. Primos
Bar I.D. No. 3124
414 S. State Street
P.O. Box 497
Dover, DE 19903
Attorneys for Plaintiff

Dated: 2/5/07
WDF/ljo