IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL MILLER, | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | *   C.A. No. 06-534 *** |
| ARAMARK HEALTHCARE SUPPORT, | * |
| SERVICES, INC., a domestic corporation, | *   **NOTICE OF DEPOSITIONS** |
| and ARAMARK CLINICAL TECHNOLOGY | * |
| SERVICES, INC., a domestic corporation, and | * |
| ARAMARK MANAGEMENT SERVICES | * |
| LIMITED PARTNERSHIP | * |
| | * |
| Defendants. | * |

TO:   William Delany, Esquire
      Anne E. Martinez, Esquire
      Morgan, Lewis & Bockius LLP
      1701 Market Street
      Philadelphia, PA 19103

      Michael P. Kelly, Esquire
      Christopher A. Selzer, Esquire
      McCarter & English, LLP
      Citizens Bank Building
      919 N. Market Street, 18th Floor
      Wilmington, DE 19801

**PLEASE TAKE NOTICE** that the undersigned attorneys will take the depositions of Jonathan Hill on February 14, 2007 at 10:00 a.m. and Tom Crothbertson on February 14, 2007 at 2:00 p.m. Said depositions shall take place in the offices of Schmittinger & Rodriguez, 414 South State Street, Dover, Delaware, 19901.

                              SCHMITTINGER & RODRIGUEZ, P.A.

                              BY:   /s/ William D. Fletcher, Jr.
                                    WILLIAM D. FLETCHER, JR.
                                    Bar I.D. No. 362

                              BY:   /s/ Noel E. Primos
                                    NOEL E. PRIMOS
                                    Bar I.D. No. 3124
                                    414 S. State Street
                                    P.O. Box 497
WDF/ljo                             Dover, DE 19903-0497
Dated: 2-5-07                       Co-Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I do hereby certify that I have caused two copies of the foregoing:

## NOTICE OF DEPOSITIONS

to be served upon:

> William Delany, Esquire
> Anne E. Martinez, Esquire
> Morgan, Lewis & Bockius LLP
> 1701 Market Street
> Philadelphia, PA 19103
>
> Michael P. Kelly, Esquire
> Christopher A. Selzer, Esquire
> McCarter & English, LLP
> Citizens Bank Building
> 919 N. Market Street, 18th Floor
> Wilmington, DE 19801

by electronically filing and mailing copies to Defendants' counsel at the addresses shown above, postage prepaid on __2.5.07__.

SCHMITTINGER & RODRIGUEZ, P.A.

BY:   /s/ William D. Fletcher, Jr.
      WILLIAM D. FLETCHER, JR.
      Bar I.D. No. 362
      414 S. State Street
      P.O. Box 497
      Dover, DE 19903-0497
      Co-Counsel for Plaintiff

Dated: 2.5.07

cc: Cheryl Anthony