IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DANIEL MILLER,                                    *
                                                  *
              Plaintiff,                          *
                                                  *
      v                                           *
                                                  *        C.A. No. 06-534 MPT
ARAMARK HEALTHCARE SUPPORT                         *
SERVICES, INC., a domestic corporation,           *
and ARAMARK CLINICAL TECHNOLOGY                   *        **NOTICE OF SERVICE**
SERVICES, INC., a domestic corporation, and       *
ARAMARK MANAGEMENT SERVICES                       *
LIMITED PARTNERSHIP,                              *
                                                  *
              Defendants.                         *


I hereby certify that I have caused copies of the following:

### PLAINTIFF'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO EACH NAMED DEFENDANT

to be served upon:                Michael P. Kelly, Esq.
                                  Christopher A. Selzer, Esq
                                  McCarter & English, LLP
                                  919 North Market Street, Suite #1800
                                  P.O. Box 111
                                  Wilmington, DE 19899

                                  William Delany, Esq
                                  Anne E. Martinez, Esq.
                                  Morgan Lewis & Bockius LLP
                                  1701 Market Street
                                  Philadelphia, PA 19103-2921

via electronic filing and by mailing copies at the address shown above, postage prepaid on
____2/9_____, 2007.

                                  SCHMITTINGER & RODRIGUEZ, P.A.

                                  BY: _____
                                  WILLIAM D. FLETCHER, JR.
                                  Bar I.D. # 362
                                  414 South State Street
                                  P.O. Box 497
Dated: 2, 9, 07                   Dover, DE 19903
/ljo                              Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I do hereby certify that I have caused copies of the foregoing:

## PLAINTIFF'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO EACH NAMED DEFENDANT

### AND

### NOTICE OF SERVICE

to be served upon:

William Delany, Esquire
Anne E. Martinez, Esquire
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103

Michael P. Kelly, Esq.
Christopher A. Selzer, Esq.
McCarter & English LLP
919 North Market Street, Suite 1800
P.O. Box 111
Wilmington, DE 19899

via electronic filing and by mailing copies at the address shown above, postage prepaid on
_____2/9_____, 2007

SCHMITTINGER & RODRIGUEZ, P.A.

BY _____
    William D. Fletcher, Jr
    Bar I.D. No. 362
    414 S. State Street
    P.O. Box 497
    Dover, DE 19903-0497

Dated: 2.9.07
WDF/ljo