IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL MILLER, | : |
| | :     C.A. No. 06-534 (MPT) |
|     Plaintiff, | : |
| | : |
| v. | : |
| | : |
| ARAMARK HEALTHCARE SUPPORT SERVICES, INC., ARAMARK CLINICAL TECHNOLOGY SERVICES, INC., AND ARAMARK MANAGEMENT SERVICES LIMITED PARTNERSHIP, | : |
| | : |
|     Defendants. | : |

## NOTICE OF SERVICE

I, Christopher A. Selzer, hereby certify that a true and correct copy of Defendants' Supplemental Production of Documents responsive to Plaintiff's Request for the Production of Documents was served by first class mail on this 13th day of February, 2007, upon the following counsel of record:

    Noel E. Primos, Esquire
    William D. Fletcher, Jr., Esquire
    Schmittinger & Rodriguez, P.A.
    414 South State Street
    Dover, Delaware 19901

ME1 6172554v.1

| | |
|---|---|
| Dated: February 13, 2007 | /s/ Christopher A. Selzer |
| | Michael P. Kelly  (D.E. Bar I.D. 2295) |
| | Christopher A. Selzer (D.E. Bar I.D. 4305) |
| | McCarter & English, LLP |
| | 919 N. Market Street, Suite #1800 |
| | P.O. Box 111 |
| | Wilmington, DE 19899 |
| | Tel. 302.984.6300 |
| | |
| | William J. Delany   (admitted *pro hac vice*) |
| | Anne E. Martinez   (admitted *pro hac vice* ) |
| | MORGAN, LEWIS & BOCKIUS LLP |
| | 1701 Market Street |
| | Philadelphia, PA 19103-2921 |
| | Tel. 215.963.5066/5718 |
| | |
| | Attorneys for Defendants |
| | ARAMARK Healthcare Support Services, Inc., ARAMARK Clinical Technology Services, Inc., and ARAMARK Management Services Limited Partnership |