IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL MILLER, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | *   C.A. No. 06-534 MPT |
| ARAMARK HEALTHCARE SUPPORT | * |
| SERVICES, INC., a domestic corporation, | * |
| and ARAMARK CLINICAL TECHNOLOGY | *   **NOTICE OF SERVICE** |
| SERVICES, INC., a domestic corporation, and | * |
| ARAMARK MANAGEMENT SERVICES | * |
| LIMITED PARTNERSHIP, | * |
| | * |
| Defendants. | * |

I hereby certify that I have caused copies of the following:

**PLAINTIFF'S THIRD REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO EACH NAMED DEFENDANT**

**PLAINTIFF'S SECOND SET OF INTERROGATORIES DIRECTED TO EACH NAMED DEFENDANT**

to be served upon:

Michael P. Kelly, Esq.
Christopher A. Selzer, Esq.
McCarter & English, LLP
919 North Market Street, Suite #1800
P.O. Box 111
Wilmington, DE 19899

William Delany, Esq.
Anne E. Martinez, Esq.
Morgan Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921

via electronic filing and by mailing copies at the address shown above, postage prepaid on _____2/20_____, 2007

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _William D. Fletcher, Jr._
WILLIAM D. FLETCHER, JR., ESQ.
Bar I.D. No. 362
414 South State Street
P.O. Box 497
Dover, DE 19903
Attorneys for Plaintiff

Dated: 2-20-07
/ljo

## CERTIFICATE OF SERVICE

I do hereby certify that I have caused copies of the foregoing:

## PLAINTIFF'S THIRD REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO EACH NAMED DEFENDANT

AND

## PLAINTIFF'S SECOND SET OF INTERROGATORIES DIRECTED TO EACH NAMED DEFENDANT

AND

## NOTICE OF SERVICE

to be served upon:

> William Delany, Esquire
> Anne E. Martinez, Esquire
> Morgan, Lewis & Bockius LLP
> 1701 Market Street
> Philadelphia, PA 19103
>
> Michael P. Kelly, Esq.
> Christopher A. Selzer, Esq
> McCarter & English LLP
> 919 North Market Street, Suite 1800
> P.O. Box 111
> Wilmington, DE 19899

via electronic filing and by mailing copies at the address shown above, postage prepaid on 2/20, 2007

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _William D. Fletcher, Jr._
WILLIAM D. FLETCHER, JR., ESQUIRE
Bar I.D. No. 362
414 S. State Street
P.O. Box 497
Dover, DE 19903-0497

Dated: 2-20-07
WDF/ljo