IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL MILLER,<br><br>    Plaintiff,<br><br>v.<br><br>ARAMARK HEALTHCARE SUPPORT SERVICES, INC., a domestic corporation, and ARAMARK CLINICAL TECHNOLOGY SERVICES, INC., a domestic corporation, and ARAMARK MANAGEMENT SERVICES LIMITED PARTNERSHIP,<br><br>    Defendants. | \*<br>\*<br>\*<br>\*<br>\*    C.A. No. 06-534 MPT<br>\*<br>\*    **NOTICE OF SERVICE**<br>\*<br>\*<br>\*<br>\*<br>\* |

I hereby certify that I have caused copies of the following:

**PLAINTIFF'S FOURTH REQUEST FOR PRODUCTION OF DOCUMENTS
DIRECTED TO EACH NAMED DEFENDANT**

**AND**

**PLAINTIFF'S THIRD SET OF INTERROGATORIES DIRECTED TO EACH NAMED
DEFENDANT**

to be served upon:

    Michael P. Kelly, Esq.
    Christopher A. Selzer, Esq.
    McCarter & English, LLP
    919 North Market Street, Suite #1800
    P.O. Box 111
    Wilmington, DE 19899

    William Delany, Esq.
    Anne E. Martinez, Esq.
    Morgan Lewis & Bockius LLP
    1701 Market Street
    Philadelphia, PA 19103-2921

via hand delivery to the addresses shown above, on _____2/28_____, 2007

                          SCHMITTINGER & RODRIGUEZ, P.A.

                          BY: _____
                              WILLIAM D. FLETCHER, JR., ESQ.
                              Bar I.D. No. 362
                              414 South State Street
                              P.O. Box 497
Dated: 2/28/07                     Dover, DE 19903
/ljo                                    Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I do hereby certify that I have caused copies of the foregoing:

**PLAINTIFF'S FOURTH REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO EACH NAMED DEFENDANT**

**AND**

**PLAINTIFF'S THIRD SET OF INTERROGATORIES DIRECTED TO EACH NAMED DEFENDANT**

**AND**

**NOTICE OF SERVICE**

to be served upon:

> William Delany, Esquire
> Anne E. Martinez, Esquire
> Morgan, Lewis & Bockius LLP
> 1701 Market Street
> Philadelphia, PA 19103
>
> Michael P. Kelly, Esq.
> Christopher A. Selzer, Esq.
> McCarter & English LLP
> 919 North Market Street, Suite 1800
> P.O. Box 111
> Wilmington, DE 19899

via electronic filing and hand delivering copies to the addresses shown above, on _2/28_, 2007.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
WILLIAM D. FLETCHER, JR., ESQ.
Bar I.D. No. 362
414 S. State Street
P.O. Box 497
Dover, DE 19903-0497
Attorneys for Plaintiff

Dated: 2/28/07
WDF/ljo