IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL MILLER,<br><br>        Plaintiff,<br><br>v.<br><br>ARAMARK HEALTHCARE SUPPORT SERVICES, INC., ARAMARK CLINICAL TECHNOLOGY SERVICES, INC., AND ARAMARK MANAGEMENT SERVICES LIMITED PARTNERSHIP,<br><br>        Defendants. | CIVIL ACTION NO. 06-534 (MPT) |

**NOTICE OF SERVICE OF DEFENDANTS'**
**EXPERT DISCLOSURES**

Please take notice that on February 28, 2007, the Defendants caused to be served its

Expert Disclosures in the above referenced matter on the following in the manner indicated.

**VIA FIRST CLASS U.S. MAIL**
William D. Fletcher, Esquire
Schmittinger and Rodriguez, P.A.
414 South State Street
Dover, DE 19901

                                                      McCARTER & ENGLISH, LLP

                                 By: _____
                                        Michael P. Kelly (DE Bar Id. No. 2295)
                                        Christopher A. Selzer (DE Bar Id. No. 4305)
                                        919 North Market Street, Suite 1800
                                        P.O. Box 111
                                        Wilmington, Delaware 19899
                                        (302) 984-6300

Dated: February 28, 2007             Attorneys for Defendants

ME1 6207939v.1