IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL MILLER,<br><br>    Plaintiff,<br><br>v.<br><br>ARAMARK HEALTHCARE SUPPORT SERVICES, INC., a domestic corporation, and ARAMARK CLINICAL TECHNOLOGY SERVICES, INC., a domestic corporation, and ARAMARK MANAGEMENT SERVICES LIMITED PARTNERSHIP,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:   C.A. No. 06-534 (MPT)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SERVICE

I, Christopher A. Selzer, hereby certify that a true and correct copy of the report prepared by Defendants expert, Jocelyn C. Langrehr, M.S., was served by first class mail and facsimile on this 14th day of March, 2007, upon the following counsel of record:

    William D. Fletcher, Jr., Esquire
    Schmittinger & Rodriguez, P.A.
    414 South State Street
    P. O. Box 497
    Dover, DE  19901

    McCARTER & ENGLISH, LLP

    /s/ Christopher A. Selzer
    _____
    Michael P. Kelly (DE ID #2295)
    Christopher A. Selzer (DE ID# 4305)
    919 North Market Street, Suite #1800
    P. O. Box 111
    Wilmington, DE  19899
    (302) 984-6300

    Attorney for Defendants,
    Aramark Healthcare Support Services, Inc.,
    Aramark Clinical Technology Services, Inc.,
    and Aramark Management Services Limited Partnership

ME1 5907208v.1