IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL MILLER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ARAMARK HEALTHCARE SUPPORT SERVICES, INC., a domestic corporation, and ARAMARK CLINICAL TECHNOLOGY SERVICES, INC., a domestic corporation, and ARAMARK MANAGEMENT SERVICES LIMITED PARTNERSHIP,<br><br>　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>: C.A. No. 06-534 (MPT)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SERVICE

I, Christopher A. Selzer, hereby certify that a true and correct copy of Subpoena to Southern Delaware Oral & Maxilofacial Surgery was served by first class mail on this 15th day of March, 2007, upon the following counsel of record:

　　　　William D. Fletcher, Jr., Esquire
　　　　Schmittinger & Rodriguez, P.A.
　　　　414 South State Street
　　　　P. O. Box 497
　　　　Dover, DE 19901

　　　　　　　　McCARTER & ENGLISH, LLP

　　　　　　　　/s/ Christopher A. Selzer
　　　　　　　　_____
　　　　　　　　Michael P. Kelly (DE ID #2295)
　　　　　　　　Christopher A. Selzer (DE ID# 4305)
　　　　　　　　919 North Market Street, Suite #1800
　　　　　　　　P. O. Box 111
　　　　　　　　Wilmington, DE 19899
　　　　　　　　(302) 984-6300

　　　　　　　　Attorney for Defendants,
　　　　　　　　Aramark Healthcare Support Services, Inc.,
　　　　　　　　Aramark Clinical Technology Services, Inc.,
　　　　　　　　and Aramark Management Services Limited
　　　　　　　　Partnership

ME1 5907208v.1