IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL MILLER,<br><br>    Plaintiff,<br><br>v.<br><br>ARAMARK HEALTHCARE SUPPORT SERVICES, INC., a domestic corporation, and ARAMARK CLINICAL TECHNOLOGY SERVICES, INC., a domestic corporation, and ARAMARK MANAGEMENT SERVICES LIMITED PARTNERSHIP,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:    C.A. No. 06-534 (MPT)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SERVICE

I, Christopher A. Selzer, hereby certify that a true and correct copy of Subpoena to Riverside Wound Care Center was served by first class mail on this 15th day of March, 2007, upon the following counsel of record:

    William D. Fletcher, Jr., Esquire
    Schmittinger & Rodriguez, P.A.
    414 South State Street
    P. O. Box 497
    Dover, DE 19901

    McCARTER & ENGLISH, LLP

    /s/ Christopher A. Selzer
    _____
    Michael P. Kelly (DE ID #2295)
    Christopher A. Selzer (DE ID# 4305)
    919 North Market Street, Suite #1800
    P. O. Box 111
    Wilmington, DE 19899
    (302) 984-6300

    Attorney for Defendants,
    Aramark Healthcare Support Services, Inc.,
    Aramark Clinical Technology Services, Inc.,
    and Aramark Management Services Limited
    Partnership

ME1 5907208v.1