IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL MILLER,<br><br>       Plaintiff,<br><br>v.<br><br>ARAMARK HEALTHCARE SUPPORT SERVICES, INC., a domestic corporation, and ARAMARK CLINICAL TECHNOLOGY SERVICES, INC., a domestic corporation, and ARAMARK MANAGEMENT SERVICES LIMITED PARTNERSHIP,<br><br>       Defendants. | :<br>:<br>:<br>:<br>:<br>:  C.A. No. 06-534 (MPT)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SERVICE

I, Christopher A. Selzer, hereby certify that a true and correct copy of Subpoena to Christiana Care VNA was served by first class mail on this 15th day of March, 2007, upon the following counsel of record:

> William D. Fletcher, Jr., Esquire
> Schmittinger & Rodriguez, P.A.
> 414 South State Street
> P. O. Box 497
> Dover, DE  19901

>> McCARTER & ENGLISH, LLP
>>
>> /s/ Christopher A. Selzer
>>
>> _____
>> Michael P. Kelly (DE ID #2295)
>> Christopher A. Selzer (DE ID# 4305)
>> 919 North Market Street, Suite #1800
>> P. O. Box 111
>> Wilmington, DE  19899
>> (302) 984-6300
>>
>> Attorney for Defendants,
>> Aramark Healthcare Support Services, Inc.,
>> Aramark Clinical Technology Services, Inc.,
>> and Aramark Management Services Limited Partnership

ME1 5907208v.1