IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL MILLER, | : |
|     Plaintiff, | : |
| v. | :    C.A. No. 06-534 (MPT) |
| ARAMARK HEALTHCARE SUPPORT SERVICES, INC., a domestic corporation, and ARAMARK CLINICAL TECHNOLOGY SERVICES, INC., a domestic corporation, and ARAMARK MANAGEMENT SERVICES LIMITED PARTNERSHIP, | : |
|     Defendants. | : |

**NOTICE OF SERVICE**

I, Christopher A. Selzer, hereby certify that a true and correct copy of Subpoena to Advanced Plastic Surgery Center was served by first class mail on this 15th day of March, 2007, upon the following counsel of record:

>William D. Fletcher, Jr., Esquire
>Schmittinger & Rodriguez, P.A.
>414 South State Street
>P. O. Box 497
>Dover, DE 19901

>McCARTER & ENGLISH, LLP
>
>/s/ Christopher A. Selzer
>
>_____
>Michael P. Kelly (DE ID #2295)
>Christopher A. Selzer (DE ID# 4305)
>919 North Market Street, Suite #1800
>P. O. Box 111
>Wilmington, DE 19899
>(302) 984-6300
>
>Attorney for Defendants,
>Aramark Healthcare Support Services, Inc.,
>Aramark Clinical Technology Services, Inc.,
>and Aramark Management Services Limited Partnership

ME1 5907208v.1