IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL MILLER,<br><br>  Plaintiff,<br><br>v.<br><br>ARAMARK HEALTHCARE SUPPORT SERVICES, INC., a domestic corporation, and ARAMARK CLINICAL TECHNOLOGY SERVICES, INC., a domestic corporation, and ARAMARK MANAGEMENT SERVICES LIMITED PARTNERSHIP,<br><br>  Defendants. | :<br>:<br>:<br>:<br>:<br>:  C.A. No. 06-534 (MPT)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SERVICE

I, Christopher A. Selzer, hereby certify that a true and correct copy of Subpoena to Nanticoke Hospital was served by first class mail on this 15th day of March, 2007, upon the following counsel of record:

William D. Fletcher, Jr., Esquire
Schmittinger & Rodriguez, P.A.
414 South State Street
P. O. Box 497
Dover, DE 19901

McCARTER & ENGLISH, LLP

/s/ Christopher A. Selzer

_____
Michael P. Kelly (DE ID #2295)
Christopher A. Selzer (DE ID# 4305)
919 North Market Street, Suite #1800
P. O. Box 111
Wilmington, DE 19899
(302) 984-6300

Attorney for Defendants,
Aramark Healthcare Support Services, Inc.,
Aramark Clinical Technology Services, Inc.,
and Aramark Management Services Limited
Partnership

ME1 5907208v.1