IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL MILLER,<br><br>    Plaintiff,<br><br>v.<br><br>ARAMARK HEALTHCARE SUPPORT SERVICES, INC., a domestic corporation, and ARAMARK CLINICAL TECHNOLOGY SERVICES, INC., a domestic corporation, and ARAMARK MANAGEMENT SERVICES LIMITED PARTNERSHIP,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:  C.A. No. 06-534 (MPT)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SERVICE

I, Christopher A. Selzer, hereby certify that a true and correct copy of Subpoena to Dr. Vincent Lobo was served by first class mail on this 15th day of March, 2007, upon the following counsel of record:

> William D. Fletcher, Jr., Esquire
> Schmittinger & Rodriguez, P.A.
> 414 South State Street
> P. O. Box 497
> Dover, DE  19901

> McCARTER & ENGLISH, LLP
>
> /s/ Christopher A. Selzer
> _____
> Michael P. Kelly (DE ID #2295)
> Christopher A. Selzer (DE ID# 4305)
> 919 North Market Street, Suite #1800
> P. O. Box 111
> Wilmington, DE  19899
> (302) 984-6300
>
> Attorney for Defendants,
> Aramark Healthcare Support Services, Inc.,
> Aramark Clinical Technology Services, Inc.,
> and Aramark Management Services Limited
> Partnership

ME1 5907208v.1