IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL MILLER, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C.A. No. 06-534 (MPT) |
| : | |
| ARAMARK HEALTHCARE SUPPORT : | |
| SERVICES, INC., a domestic corporation, : | |
| and ARAMARK CLINICAL TECHNOLOGY : | |
| SERVICES, INC., a domestic corporation, and : | |
| ARAMARK MANAGEMENT SERVICES : | |
| LIMITED PARTNERSHIP, : | |
| : | |
| Defendants. : | |

**NOTICE OF SERVICE**

I, Christopher A. Selzer, hereby certify that a true and correct copy of Subpoena to Hammond Cadillac was served by first class mail on this 15th day of March, 2007, upon the following counsel of record:

> William D. Fletcher, Jr., Esquire
> Schmittinger & Rodriguez, P.A.
> 414 South State Street
> P. O. Box 497
> Dover, DE 19901

> McCARTER & ENGLISH, LLP
>
> /s/ Christopher A. Selzer
> _____
> Michael P. Kelly (DE ID #2295)
> Christopher A. Selzer (DE ID# 4305)
> 919 North Market Street, Suite #1800
> P. O. Box 111
> Wilmington, DE 19899
> (302) 984-6300
>
> Attorney for Defendants,
> Aramark Healthcare Support Services, Inc.,
> Aramark Clinical Technology Services, Inc.,
> and Aramark Management Services Limited
> Partnership

ME1 5907208v.1