

ATTORNEYS AT LAW

**Christopher A. Selzer**
Associate
McCarter & English, LLP
Tel. 302.984.6392
Email: cselzer@mccarter.com

March 21, 2007

**BY HAND DELIVERY**

The Honorable Mary Pat Thynge
United States Magistrate Judge
United States District Court for the
District of Delaware
844 N. King Street
4th floor, Room 4209
Wilmington, DE 1980

  Re: <u>Miller v. ARAMARK Healthcare Support Services, Inc., et. al.</u>

Dear Judge Thynge:

Defendants ARAMARK Healthcare Support Services, Inc., ARAMARK Clinical Technology Services, Inc., and ARAMARK Management Services Limited Partnership ("Defendants") submit this letter pursuant to paragraph 7 of the Court's October 10, 2006 Scheduling Order requesting that counsel submit a letter to the Court with an interim report on the nature of the matters in issue and the progress of discovery to date in the above-referenced matter.

This matter involves claims of age discrimination, disability discrimination and retaliation by Plaintiff Daniel Miller ("Plaintiff") against Defendants. Defendants deny that they took any discriminatory or retaliatory action against Plaintiff.

On February 5, 2007, Defendants deposed Plaintiff, who previously had responded to Defendants' initial written discovery requests. Defendants also have served several subpoenas on third parties requesting medical and employment documentation about Plaintiff. On February 14, 2007, Defendants submitted a vocational expert report. Plaintiff has until April 13, 2007 to reply to that report.

Plaintiff has served several sets of written discovery requests upon Defendants. Defendants have responded to Plaintiff's first and second sets of Request for Production of Documents and Plaintiff's first set of Interrogatories. Defendants' responses to Plaintiff's third, fourth and fifth

BALTIMORE

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

Honorable Mary Pat Thynge
March 21, 2007
Page 2



sets of Request for Production of Documents and second set of Interrogatories are not yet due. On February 14, 2007, Plaintiff deposed Jonathan Hill, Plaintiff's former supervisor and Tom Cuthbertson, Mr. Hill's supervisor. On December 27, 2006, Plaintiff submitted an economic expert report.

Should the Court have any questions or require any additional information, please contact me.

Respectfully submitted,

/s/ Christopher A. Selzer

Christopher A. Selzer (Bar I.D. 4305)


CAS/aem

c: William D. Fletcher, Jr., Esq.
   Noel E. Primos, Esq.
   Michael P. Kelly, Esq.
   William J. Delany, Esq.
   Anne E. Martinez, Esq.