IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL MILLER,<br><br>       Plaintiff,<br><br>v.<br><br>ARAMARK HEALTHCARE SUPPORT SERVICES, INC., a domestic corporation, and ARAMARK CLINICAL TECHNOLOGY SERVICES, INC., a domestic corporation, and ARAMARK MANAGEMENT SERVICES LIMITED PARTNERSHIP,<br><br>       Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:   C.A. No. 06-534 (MPT)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SERVICE

I, Christopher A. Selzer, hereby certify that a true and correct copy of Subpoena to Delaware Vascular Associates was served by first class mail on this 26th day of March, 2007, upon the following counsel of record:

        William D. Fletcher, Jr., Esquire
        Schmittinger & Rodriguez, P.A.
        414 South State Street
        P. O. Box 497
        Dover, DE  19901

                McCARTER & ENGLISH, LLP

                /s/ Christopher A. Selzer
                _____
                Michael P. Kelly (DE ID #2295)
                Christopher A. Selzer (DE ID# 4305)
                919 North Market Street, Suite #1800
                P. O. Box 111
                Wilmington, DE  19899
                (302) 984-6300

                Attorney for Defendants,
                Aramark Healthcare Support Services, Inc.,
                Aramark Clinical Technology Services, Inc.,
                and Aramark Management Services Limited
                Partnership