IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL MILLER, | : |
| Plaintiff, | : |
| v. | : C.A. No. 06-534 (MPT) |
| ARAMARK HEALTHCARE SUPPORT SERVICES, INC., a domestic corporation, and ARAMARK CLINICAL TECHNOLOGY SERVICES, INC., a domestic corporation, and ARAMARK MANAGEMENT SERVICES LIMITED PARTNERSHIP, | : |
| Defendants. | : |

## NOTICE OF SERVICE

I, Christopher A. Selzer, hereby certify that a true and correct copy of Subpoena to Dr. Kristen A. Haver was served by first class mail on this 26th day of March, 2007, upon the following counsel of record:

> William D. Fletcher, Jr., Esquire
> Schmittinger & Rodriguez, P.A.
> 414 South State Street
> P. O. Box 497
> Dover, DE 19901

> McCARTER & ENGLISH, LLP
>
> /s/ Christopher A. Selzer
>
> ---
> Michael P. Kelly (DE ID #2295)
> Christopher A. Selzer (DE ID# 4305)
> 919 North Market Street, Suite #1800
> P. O. Box 111
> Wilmington, DE 19899
> (302) 984-6300
>
> Attorney for Defendants,
> Aramark Healthcare Support Services, Inc.,
> Aramark Clinical Technology Services, Inc.,
> and Aramark Management Services Limited
> Partnership

ME1 5907208v.1