IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL MILLER,<br><br>      Plaintiff,<br><br>v.<br><br>ARAMARK HEALTHCARE SUPPORT SERVICES, INC., a domestic corporation, and ARAMARK CLINICAL TECHNOLOGY SERVICES, INC., a domestic corporation, and ARAMARK MANAGEMENT SERVICES LIMITED PARTNERSHIP,<br><br>      Defendants. | :<br>:<br>:<br>:<br>:<br>:  C.A. No. 06-534 (MPT)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SERVICE

I, Christopher A. Selzer, hereby certify that a true and correct copy of Defendants' Objections and Responses to Plaintiff's Third Request for Production of Documents was served by first class mail on this 26th day of March, 2007, upon the following counsel of record:

    William D. Fletcher, Jr., Esquire
    Schmittinger & Rodriguez, P.A.
    414 South State Street
    P. O. Box 497
    Dover, DE 19901

          McCARTER & ENGLISH, LLP

          /s/ Christopher A. Selzer
          _____
          Michael P. Kelly (DE ID #2295)
          Christopher A. Selzer (DE ID# 4305)
          919 North Market Street, Suite #1800
          P. O. Box 111
          Wilmington, DE 19899
          (302) 984-6300

          Attorney for Defendants,
          Aramark Healthcare Support Services, Inc.,
          Aramark Clinical Technology Services, Inc.,
          and Aramark Management Services Limited
          Partnership