IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL MILLER, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-534-MPT |
| ARAMARK HEALTHCARE SUPPORT SERVICES, INC., et al., | : |
| Defendants. | : |

## SECOND REVISED SHCEDULING ORDER

At Wilmington this **29th** day of **March, 2007**,

IT IS ORDERED that the Revised Scheduling Order (DI 23) dated January 10, 2007 is hereby amended as follows:

14. <u>Trial</u>. This matter is scheduled for a **(four) 4** day jury trial beginning at 9:30 a.m. on December 17, 2007, with the remaining trial days beginning at 9:00 a.m. For the purpose of completing pretrial preparations, counsel should plan on each side being allocated a total of eleven (11) hours to present their case.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE