LAW OFFICES
## SCHMITTINGER AND RODRIGUEZ, P.A.
414 SOUTH STATE STREET
POST OFFICE BOX 497
DOVER, DELAWARE 19901
TELEPHONE 302-674-0140
FAX 302-674-1830

NICHOLAS H. RODRIGUEZ
PAUL H. BOSWELL
JOHN J. SCHMITTINGER
DOUGLAS B. CATTS
WILLIAM D. FLETCHER JR
CATHERINE T. HICKEY
CRAIG T. ELIASSEN
WILLIAM W. PEPPER SR
CRYSTAL L. CAREY*
SCOTT E. CHAMBERS*
FRED A. TOWNSEND III
NOEL E. PRIMOS
DAVID A. BOSWELL
WALT F. SCHMITTINGER
R. SCOTT KAPPES
JEFFREY J. CLARK
BETH B. MILLER
KYLE KEMMER
SEEMA VERMA

*ALSO ADMITTED IN MARYLAND

HAROLD SCHMITTINGER
OF COUNSEL

WILMINGTON OFFICE
BRANDYWINE GATEWAY PLAZA
1300 NORTH MARKET STREET
WILMINGTON, DELAWARE 19801
TELEPHONE 302-652-3676
FAX 302-652-8788

REHOBOTH BEACH OFFICE
FIRST UNION BANK BUILDING
4602 HIGHWAY ONE
REHOBOTH BEACH, DELAWARE 19971
TELEPHONE 302-227-1400
FAX 302-645-1843

ODESSA OFFICE
ODESSA PROFESSIONAL PARK
POST OFFICE BOX 626
ODESSA, DELAWARE 19730
TELEPHONE 302-378-1697
FAX 302-378-1659

March 19, 2007

The Honorable Mary Pat Thynge
United States District Court
844 King Street
Lock Box 10
Wilmington, DE 19801

RE:   Daniel Miller v. Aramark Healthcare, et al.
      Civil Action No.: 06-534 MPT

Dear Judge Thynge:

Please consider this as Plaintiff's status report regarding the above-captioned matter

Plaintiff's Initial Disclosures Made Pursuant to Federal Rule of Civil Procedure 26 (a) (1) were served on Defendants on December 6, 2006. Defendants' Initial Disclosures Made Pursuant to Federal Rule of Civil Procedure 26 (a) (1) were served on Plaintiff on October 17, 2006.

On November 29, 2006, Plaintiff served Defendants with Plaintiff's First Set of Interrogatories and Request for Production of Documents Directed to Each Named Defendant On December 6, 2006, Defendants served Plaintiff with Defendants' First Set of Interrogatories and Request For Production of Documents. On January 4, 2007, Defendants served Plaintiff with Defendants' Objections and Responses to Plaintiff's First Set of Interrogatories and Request for Production of Documents. On January 26, 2007, Plaintiff served Defendants with Answers to Defendants' First Set of Interrogatories and Responses to Request for Production of Documents. On January 26, 2007 Defendants served Plaintiff with Defendants' Responses to Plaintiff's First Request for Production of Documents (additional documents to those submitted on January 4, 2007). On February 5, 2007, Plaintiff served Defendants with Plaintiff's Supplemental Answers to Defendants' First Set of Interrogatories. On February 9, 2007, Plaintiff served Defendants with Plaintiff's Second Request for Production of Documents Directed to Each Named Defendant. On

Page 2

February 13, 2007, Defendants Served Plaintiff with Defendants' Supplemental Responses to Plaintiff's First Request for Production of Documents. On February 20, 2007, Plaintiff served Defendants with Plaintiff's Second Set of Interrogatories Directed to Each Named Defendant and Plaintiff's Third Request for Production of Documents Directed to Each Named Defendant. On February 28, 2007, Plaintiff personally served Defendants with Plaintiff's Third Set of Interrogatories Directed to Each Named Defendant and Plaintiff's Fourth Request for Production of Documents Directed to Each Named Defendant. On March 15, 2007, Defendants served Plaintiff with Defendants' Objections and Responses to Plaintiff's Second Request for Production of Documents. Plaintiff believes that the parties will need to resolve, amicably or through Court intervention, the Defendants' response to this round of discovery requests. Defendants have not yet responded to Plaintiff's discovery requests made on February 20, 2007 and February 28, 2007. Plaintiff expects to receive these responses from Defendants by March 30, 2007, the discovery deadline agreed upon by the parties.

In a Joint Stipulation for Extension of Time filed on February 1, 2007, the parties agreed to an extension for Defendants' Expert Disclosure to February 28, 2007. On February 28, 2007, Defendants identified their expert witness, Jocelyn Langrehr, MS, NCC, CRC. In a Joint Stipulation for Extension of Time filed on February 26, 2007, the parties agreed to an extension for Defendants to submit their vocational expert report to March 14, 2007 and an extension for Plaintiff to reply to Defendants' vocational expert report to April 13, 2007. On March 14, 2007, Defendants served Plaintiff with a report from Defendants' expert, Jocelyn C. Langrehr, M.S.

Plaintiff and Defendants have taken depositions during this discovery period. Defendants took Plaintiff Daniel Miller's deposition on February 5, 2007. Plaintiff took the depositions of Jonathan Hill and John Thomas Cuthbertson on February 14, 2007.

An interim status conference is scheduled for Wednesday, March 28, 2007 at 4:30 p.m.

Respectfully submitted,

WILLIAM D. FLETCHER, JR.

NOEL E. PRIMOS

WDF/NEP/ljo

cc:   William Delany, Esq. and Anne Martinez, Esq. *via U.S. Mail and facsimile 215-963-5001*
      Christopher Selzer, Esq. and Michael Kelly, Esq. *via U.S. Mail and facsimile 984-2493*