IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL MILLER, : | |
|     Plaintiff, : | |
| v. : | C.A. No. 06-534 (MPT) |
| ARAMARK HEALTHCARE SUPPORT SERVICES, INC., a domestic corporation, and ARAMARK CLINICAL TECHNOLOGY SERVICES, INC., a domestic corporation, and ARAMARK MANAGEMENT SERVICES LIMITED PARTNERSHIP, : | |
|     Defendants. : | |

**NOTICE OF SERVICE**

I, Christopher A. Selzer, hereby certify that a true and correct copy of Defendants' Supplemental Response to Plaintiff's First Set of Interrogatories was served by first class mail on this 30th of March, 2007, upon the following counsel of record:

> William D. Fletcher, Jr., Esquire
> Schmittinger & Rodriguez, P.A.
> 414 South State Street
> P. O. Box 497
> Dover, DE 19901

> McCARTER & ENGLISH, LLP
>
> /s/ Christopher A. Selzer
> _____
> Michael P. Kelly (DE ID #2295)
> Christopher A. Selzer (DE ID# 4305)
> 919 North Market Street, Suite #1800
> P. O. Box 111
> Wilmington, DE 19899
> (302) 984-6300
>
> Attorney for Defendants,
> Aramark Healthcare Support Services, Inc.,
> Aramark Clinical Technology Services, Inc.,
> and Aramark Management Services Limited
> Partnership

ME1 5907208v.1