## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

DANIEL MILLER,                                     *
                                                   *
      Plaintiff,                        *
                                                   *
v.                                                 *
                                                   *
                                                   *   C.A. No. 06-534 MPT
ARAMARK HEALTHCARE SUPPORT                         *
SERVICES, INC., a domestic corporation,            *
and ARAMARK CLINICAL TECHNOLOGY                    *
SERVICES, INC., a domestic corporation, and        *
ARAMARK MANAGEMENT SERVICES                        *
LIMITED PARTNERSHIP,                               *
                                                   *
      Defendants.                       *

## NOTICE OF RECORDS DEPOSITION*

TO:    William Delany, Esq.
       Anne E. Martinez, Esq.
       Morgan Lewis & Bockius LLP
       1701 Market Street
       Philadelphia, PA 19103

       Michael P. Kelly, Esq.
       Christopher A. Selzer, Esq.
       McCarter & English, LLP
       919 North Market Street, Suite #1800
       P.O. Box 111
       Wilmington, DE 19899

       PLEASE TAKE NOTICE that the undersigned will take the records deposition* of the

following person on **April 16, 2007, beginning at 2:00 p.m.** in the office of Schmittinger &

Rodriguez, 220 Continental Drive, Newark, Delaware 19713:

       Records Custodian
       University of Maryland Oral/Maxillofacial Surgery Associates, P.A.
       University of Maryland Professional Building
       419 West Redwood Street, Suite 140
       Baltimore, MD 21210

                    SCHMITTINGER & RODRIGUEZ, P.A.

                    BY:       _____
                          WILLIAM D. FLETCHER, JR.
                          Bar I.D. No. 362
                          414 S. State Street
DATED: 3/30/07                 P.O. Box 497
/ljo                              Dover, DE 19903
                              Attorneys for Plaintiff

     **\* SUBPOENA DUCES TECUM:** Any and all photographs taken of Daniel Miller
prior to and after his surgery for mouth cancer between the dates of July 1, 2004 and
October 26, 2006.

## CERTIFICATE OF SERVICE

I hereby certify that I have caused copies of the following:

## NOTICE OF RECORDS DEPOSITION

to be served upon:

William Delany, Esq.
Anne E. Martinez, Esq.
Morgan Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103

Michael P. Kelly, Esq.
Christopher A. Selzer, Esq.
McCarter & English, LLP
919 North Market Street, Suite #1800
P.O. Box 111
Wilmington, DE 19899

by e-filing and mailing copies to them at the addresses listed above, postage prepaid, on

3/30/07

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
WILLIAM D. FLETCHER, JR.
Bar I.D. No. 362
414 S. State Street
P.O. Box 497
Dover, DE 19903
Attorneys for Plaintiff

DATED: 3/30/07
/ljo