IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL MILLER,<br><br>      Plaintiff,<br><br>v.<br><br>ARAMARK HEALTHCARE SUPPORT<br>SERVICES, INC., a domestic corporation,<br>and ARAMARK CLINICAL TECHNOLOGY<br>SERVICES, INC., a domestic corporation, and<br>ARAMARK MANAGEMENT SERVICES<br>LIMITED PARTNERSHIP,<br><br>      Defendants. | *<br>*<br>*<br>*<br>*<br>*   C.A. No.  06-534 MPT<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

## PLAINTIFF'S THIRD SET OF INTERROGATORIES DIRECTED TO EACH NAMED DEFENDANT

COMES NOW Plaintiff, by and through his attorneys, Schmittinger & Rodriguez, P.A., and requests pursuant to Fed. R. Civ. P. 33 that Defendants answer fully, in writing and under oath, each of the following interrogatories, and serve such answers on Plaintiff's undersigned counsel within thirty (30) days.  These interrogatories are continuing interrogatories, the answers to which are to be kept current.

    1.    State any days taken off by department technicians not approved by the department manager and disciplinary actions taken against said individuals for the time period of June 1, 2004 through April 15, 2005.

    **ANSWER:**

    2.    State all preventative maintenance inspections performed by John Ritterhoff while assigned to the duty from March 1, 2005 through April 15, 2005.

    **ANSWER:**

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
WILLIAM D. FLETCHER, JR., ESQUIRE
Bar I.D. No. 362

BY: _____
NOEL E. PRIMOS, ESQUIRE
Bar I.D. No. 3124
414 S. State Street
P.O. Box 497
Dover, DE 19901
Attorneys for Plaintiff

DATED: 2/28/07
/ljo