IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL MILLER, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | *   C.A. No. 06-534 MPT |
| ARAMARK HEALTHCARE SUPPORT | * |
| SERVICES, INC., a domestic corporation, | *   **NOTICE OF SERVICE** |
| and ARAMARK CLINICAL TECHNOLOGY | * |
| SERVICES, INC., a domestic corporation, and | * |
| ARAMARK MANAGEMENT SERVICES | * |
| LIMITED PARTNERSHIP, | * |
| | * |
| Defendants. | * |

I hereby certify that I have caused copies of the foregoing:

**Designation of Plaintiff's Vocational Expert, Jose Castro, Jr., Jose Castro's Earning Capacity Report and Curriculum Vitae**

to be served upon:

      William Delany, Esq.
      Anne E. Martinez, Esq.
      Morgan Lewis & Bockius LLP
      1701 Market Street
      Philadelphia, PA 19103

      Michael P. Kelly, Esq.
      Christopher A. Selzer, Esq
      McCarter & English LLP
      919 North Market Street, Suite 1800
      P.O. Box 111
      Wilmington, DE 19899

by mailing and faxing copies at the addresses shown above, postage prepaid on 4/12/07

                                        SCHMITTINGER & RODRIGUEZ, P.A.

                                        BY: /s/ William D. Fletcher, Jr.
                                            William D. Fletcher, Jr., Esq.
                                            Bar ID No. 362
                                            414 S. State Street
                                            P.O. Box 497

Dated: 4/12/07
/ljo
                                            Dover, DE 19904-0497
                                            Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that I have caused copies of the foregoing:

### NOTICE OF SERVICE

to be served upon:

> William Delany, Esq.
> Anne E. Martinez, Esq
> Morgan Lewis & Bockius LLP
> 1701 Market Street
> Philadelphia, PA 19103
>
> Michael P. Kelly, Esq.
> Christopher A. Selzer, Esq
> McCarter & English LLP
> 919 North Market Street, Suite 1800
> P.O. Box 111
> Wilmington, DE 19899

by e-filing and mailing copies to the addresses shown above, postage prepaid on 4/12/07.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: *[signature]*
William D. Fletcher, Jr., Esq.
Bar I.D. No. 362
414 South State Street
P.O. Box 497
Dover, DE 19903
(302) 674-0140
Attorneys for Plaintiff

Dated: 4/12/07
/ljo