

ATTORNEYS AT LAW

April 26, 2007

VIA E-FILE AND HAND DELIVERY

The Honorable Mary Pat Thynge
United States Magistrate Judge
United States District Court
For the State of Delaware
844 North King Street, 4th Floor, Room 4209
Wilmington, DE 19801

Christopher A. Selzer
Business Litigation,
Associate
T. 302.984.6392
F. 302.984.0834
cselzer@mccarter.com

Re: Daniel Miller v. Aramark Healthcare, et al.
Delaware Superior Court of New Castle County
C.A. No. 06-534 MPT

Dear Judge Thynge:

We are writing to request a suspension of the summary judgment deadline in the above-referenced matter. According to the Scheduling Order, all case dispositive motions must be served and filed on or before April 30, 2007. The parties have a dispute as to certain of Plaintiff's document requests, responses to which Plaintiff's counsel contends may be necessary to formulate a response to Defendant's anticipated motion for summary judgment deadline of two weeks. The parties, therefore, jointly request that the Court hold in abeyance the dispositive motion deadlines pending a resolution of this discovery dispute. Plaintiff anticipates requesting a discovery conference with the Court in short order.

McCarter & English, LLP
Citizens Bank Building
919 N. Market Street -18th Floor
Wilmington, DE 19801
T. 302.984.6300
F. 302.984.6399

Should the Court require any additional information, we remain available.

Respectfully, and with Plaintiff's counsel's agreement,

/s/ Christopher A. Selzer

Christopher A. Selzer
(DE Bar Id. No. 4305)

CAS/ds

cc: William D. Fletcher, Jr., Esquire
Noel E. Primos, Esquire
Michael P. Kelly, Esquire
Christopher A. Selzer, Esquire
William J. Delaney, Esquire
Anne E. Martinez, Esquire

BALTIMORE

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

ME1 6342059v.1