## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL MILLER, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-534-MPT |
| ARAMARK HEALTHCARE SUPPORT SERVICES, INC., et al., | : |
| Defendants. | : |

### ORDER

At Wilmington this **27th** day of **April, 2007**,

IT IS ORDERED that a teleconference with Judge Thynge is scheduled for **Wednesday, May 2, 2007 at 5:00 p.m.** to be **initiated by plaintiff's counsel** for the purpose of addressing a discovery matter. The revised due date for case dispositive motions shall be set during the teleconference.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE