**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DANIEL MILLER, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 06-534-MPT |
| | : |
| ARAMARK HEALTHCARE SUPPORT SERVICES, INC., et al., | : |
| | : |
| Defendants. | : |

**ORDER**

At Wilmington this **13th** day of **June, 2007**,

IT IS ORDERED that a teleconference with Judge Thynge is scheduled for **Tuesday, June 26, 2007 at 8:30 a.m.** to be **initiated by defense counsel** and shall include counsel on behalf of Bayhealth. The purpose of the teleconference is to address the issues discussed during the teleconference of June 13, 2007. Counsel for the defense is to update counsel for Bayhealth regarding the issue of production of documents within the control of Bayhealth, and shall advise the Court on or before Thursday, June 14, 2007, whether the teleconference date herein is convenient for Bayhealth. Defense counsel shall also advise at that time of a more convenient date and time for the teleconference, if necessary.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE