### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL MILLER, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-534-MPT |
| ARAMARK HEALTHCARE SUPPORT SERVICES, INC., et al., | : |
| Defendants. | : |

### **ORDER**

At Wilmington this **28th** day of **June, 2007**,

IT IS ORDERED that the transcript of the June 26, 2007 teleconference with Judge Thynge and the issues decided during that teleconference shall serve as the Order of this Court.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE