IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL MILLER, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | *   C.A. No. 06-534 MPT |
| ARAMARK HEALTHCARE SUPPORT | * |
| SERVICES, INC., a domestic corporation, and | * |
| ARAMARK CLINICAL TECHNOLOGY | * |
| SERVICES, INC., a domestic corporation, and | * |
| ARAMARK MANAGEMENT SERVICES | * |
| LIMITED PARTNERSHIP, | * |
| | * |
| Defendants. | * |

## NOTICE OF SERVICE

I, Christopher A. Selzer, hereby certify that on July 13, 2007, I caused a copy of the foregoing Defendant's documents Bates labeled A001169-A001303 to be served upon the following counsel via First Class U.S. Mail:

Noel E. Primos, Esqurie
William D. Fletcher, Esquire
Schmittinger & Rodriguez, P.A.
414 South State Street
P.O. Box 497
Dover, DE  19903-0497

McCARTER & ENGLISH LLP

/s/ Christopher A. Selzer
Michael P. Kelly (D.E. Bar I.D. 2295)
Christopher A. Selzer (D.E. Bar I.D. 4305)
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE 19801
Tel. (302) 984-6301/6392

William J. Delany (admitted *pro hac vice*)
Anne E. Martinez (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Tel. (215) 963-5066/5718
Attorneys for Defendant

Dated: July 16, 2007

ME1 6578843v.1