IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL MILLER,<br><br>    Plaintiff,<br><br>v.<br><br>ARAMARK HEALTHCARE SUPPORT SERVICES, INC., a domestic corporation, and ARAMARK CLINICAL TECHNOLOGY SERVICES, INC., a domestic corporation, and ARAMARK MANAGEMENT SERVICES LIMITED PARTNERSHIP,<br><br>    Defendants. | *<br>*<br>*<br>*<br>*<br>*   C.A. No. 06-534 (MPT)<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

## NOTICE OF DEPOSITION - CONTINUATION

TO:   William D. Fletcher, Jr., Esquire
       Noel E. Primos, Esquire
       SCHMITTINGER & RODRIGUEZ, P.A.
       P.O. Box 497
       414 South State Street
       Dover, Delaware 19901

**PLEASE TAKE NOTICE** that pursuant to Rule 30 of the Federal Rules of Civil Procedure, counsel for Defendants ARAMARK Healthcare Support Services, Inc., ARAMARK Clinical Technology Services, Inc., and ARAMARK Management Services Limited Partnership (collectively, "Defendants") will take the deposition of Plaintiff Daniel Miller on Friday, August 17, 2007, beginning at 10:00 a.m. at the offices of Schmittinger & Rodriguez, P.A., 414 South State Street, Dover, DE 19901. The deposition shall be conducted before a person duly authorized by law to administer oaths, shall be recorded stenographically, and shall continue from day to day thereafter until completed.

ME1 6619028v.1

                    McCARTER & ENGLISH LLP

By:    /s/ Michael P. Kelly
        Michael P. Kelly (D.E. Bar I.D. 2295)
        Christopher A. Selzer (D.E. Bar I.D. 4305)
        Renaissance Centre
        405 North King Street, 8th Floor
        Wilmington, DE 19801
        Tel. 302.984.6300
        mkelly@mccarter.com

<u>Of Counsel</u>

William J. Delany   (admitted *pro hac vice*)
Anne E. Martinez   (admitted *pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel. 215.963.5066/5718
Fax. 215.963.5001
wdelany@morganlewis.com
aemartinez@morganlewis.com

Attorneys for Defendants
ARAMARK Healthcare Support Services,
Inc., ARAMARK Clinical Technology
Services, Inc., and ARAMARK Management
Services Limited Partnership

Dated: August 1, 2007

## CERTIFICATE OF SERVICE

I, Michael P. Kelly, hereby certify that I caused to be served a true and correct copy of the foregoing Notice of Deposition - Continuation via e-file on this 1st day of August, 2007, upon plaintiff's counsel:

>William D. Fletcher, Jr., Esquire
>Noel E. Primos, Esquire
>SCHMITTINGER & RODRIGUEZ, P.A.
>P.O. Box 497
>414 South State Street
>Dover, Delaware 19901
>
>Attorneys for Plaintiff

>/s/ Michael P. Kelly
>Michael P. Kelly (DE Bar ID #2295)