## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL MILLER, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 06-534-MPT |
| | : |
| ARAMARK HEALTHCARE SUPPORT SERVICES, INC., et al., | : |
| | : |
| Defendants. | : |

### ORDER

At Wilmington this **2nd** day of **August, 2007**.

IT IS ORDERED that a teleconference has been scheduled for **Thursday, August 16, 2007 at 4:30 p.m.** with Magistrate Judge Thynge to address a discovery dispute. **Noel Primos, Esquire shall initiate the teleconference call.** The Court expects the parties to continue in their efforts to resolve their discovery dispute.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE