IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL MILLER,<br><br>    Plaintiff,<br><br>v.<br><br>ARAMARK HEALTHCARE SUPPORT SERVICES, INC., a domestic corporation, and ARAMARK CLINICAL TECHNOLOGY SERVICES, INC., a domestic corporation, and ARAMARK MANAGEMENT SERVICES LIMITED PARTNERSHIP,<br><br>    Defendants. | C.A. No. 06-534 (MPT) |

### NOTICE OF DEPOSITION - CONTINUATION

TO:   William D. Fletcher, Jr., Esquire
       Noel E. Primos, Esquire
       SCHMITTINGER & RODRIGUEZ, P.A.
       P.O. Box 497
       414 South State Street
       Dover, Delaware 19901

**PLEASE TAKE NOTICE** that pursuant to Rule 30 of the Federal Rules of Civil Procedure, counsel for Defendants ARAMARK Healthcare Support Services, Inc., ARAMARK Clinical Technology Services, Inc., and ARAMARK Management Services Limited Partnership (collectively, "Defendants") will take the deposition of Plaintiff Daniel Miller on Friday, September 7, 2007, beginning at 2:00 p.m. at the offices of Schmittinger & Rodriguez, P.A., 4602 Highway One, Corestates Building, Rehoboth Beach, Delaware 19971. The deposition shall be conducted before a person duly authorized by law to administer oaths, shall be recorded stenographically, and shall continue from day to day thereafter until completed.

ME1 6655268v.1

|  |  |
|---|---|
|  | McCARTER & ENGLISH LLP |
| By: | /s/ Michael P. Kelly |
|  | Michael P. Kelly (D.E. Bar I.D. 2295) |
|  | Christopher A. Selzer (D.E. Bar I.D. 4305) |
|  | Renaissance Cenre |
|  | 405 North King Street, 8th Floor |
|  | Wilmington, DE 19801 |
|  | Tel. 302.984.6300 |
|  | mkelly@mccarter.com |

<u>Of Counsel</u>

William J. Delany   (admitted *pro hac vice*)
Anne E. Martinez   (admitted *pro hac vice* )
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel. 215.963.5066/5718
Fax. 215.963.5001
wdelany@morganlewis.com
aemartinez@morganlewis.com

Attorneys for Defendants
ARAMARK Healthcare Support Services, Inc., ARAMARK Clinical Technology Services, Inc., and ARAMARK Management Services Limited Partnership

Dated: August 17, 2007

## CERTIFICATE OF SERVICE

I, Michael P. Kelly, hereby certify that I caused to be served a true and correct copy of the foregoing Notice of Deposition - Continuation via e-file on this 17th day of August, 2007, upon plaintiff's counsel:

> William D. Fletcher, Jr., Esquire
> Noel E. Primos, Esquire
> SCHMITTINGER & RODRIGUEZ, P.A.
> P.O. Box 497
> 414 South State Street
> Dover, Delaware 19901
>
> Attorneys for Plaintiff

> /s/ Michael P. Kelly
> Michael P. Kelly (DE Bar ID #2295)

ME1 6655268v.1