IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DANIEL MILLER,          *

        Plaintiff,        *

v.                  *

                          *    C.A. No. 06-534 MPT

ARAMARK HEALTHCARE SUPPORT   *
SERVICES, INC., a domestic corporation,   *
and ARAMARK CLINICAL TECHNOLOGY   *
SERVICES, INC., a domestic corporation,   *
ARAMARK MANAGEMENT SERVICES   *
LIMITED PARTNERSHIP,           *

        Defendants.      *

## THIRD REVISED SCHEDULING ORDER

This ____ day of _____, 2007, the Court having conducted a

teleconference on August 16, 2007, has stipulated to the following revisions in the Scheduling

Order:

IT IS ORDERED that:

1.     In paragraph 9, all <u>Case Dispositive Motions</u>, an opening brief, and affidavits, if

any, in support of the motion shall be served and filed on or before October 1, 2007.  The

answering brief and accompanying affidavit(s) shall be served and filed on or before October 22,

2007.  The reply brief and accompanying affidavit(s) shall be served and filed on or before

November 1, 2007.

2.     In paragraph 11, the <u>Pretrial Conference</u> shall be held on April 21, 2008 at 9:00

a.m.  The parties shall file with the Court the joint proposed Final Pretrial Order by April 7,

2008.

3.      In paragraph 13, the <u>Jury Instructions, Voir Dire and Special Verdict Forms</u> shall be filed with the Final Pretrial Order on April 7, 2008.

4.      In paragraph 14, the <u>Trial</u> is scheduled for a 4 day jury trial beginning at 9:00 a.m. on May 12, 2008.

_____
Mary Pat Thynge, U.S.M.J

ME1 6658048v.1

## CERTIFICATE OF SERVICE

I, Christopher A. Selzer, hereby certify that I caused to copies of the following:

## THIRD REVISED SCHEDULING ORDER

to be served upon:

WILLIAM D. FLETCHER, JR.
NOEL E. PRIMOS
Schmittinger & Rodriguez, P.A.
414 South State Street
P.O. Box 497
Dover, DE 19901

Attorneys for Plaintiff

by electronically filing and mailing copies to the address shown above, postage prepaid on this

20th day of August, 2007.

**McCARTER & ENGLISH, LLP**

By:    /s/ Christopher A. Selzer
Christopher A. Selzer (DE Bar Id. No. 4305)
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
*Attorney for Defendants*

MEI 6658048v.1