# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

DANIEL MILLER,

        Plaintiff,

    v.

ARAMARK HEALTHCARE SUPPORT
SERVICES, INC., ARAMARK CLINICAL
TECHNOLOGY SERVICES, INC., AND
ARAMARK MANAGEMENT SERVICES
LIMITED PARTNERSHIP,

        Defendants.

Civil Action No.  06-534-MPT

---

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

---

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendants ARAMARK Healthcare Support Services, Inc., ARAMARK Clinical Technology Services, Inc., and ARAMARK Management Services Limited Partnership (collectively "Defendants") hereby move for summary judgment with respect to Plaintiff Daniel Miller's Complaint.  In support of this Motion, Defendants rely upon the accompanying Brief in Support and documents contained in the Appendix.

Dated:  October 1, 2007

                     Respectfully submitted,

                     /s/Michael P. Kelly
                     Michael P. Kelly (D.E. Bar I.D. 2295)
                     Christopher A. Selzer (D.E. Bar I.D. 4305)
                     McCarter & English, LLP
                     Citizens Bank Building
                     919 N. Market Street, 18th Floor
                     Wilmington, DE 19801
                     Tel. 302.984.6301/6392
                     Fax. 302.984.2493
                     mkelly@mccarter.com
                     cselzer@mccarter.com

William J. Delany  (admitted *pro hac vice*)
Anne E. Martinez  (admitted *pro hac vice* )
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel. 215.963.5066/5718
Fax. 215.963.5001
wdelany@morganlewis.com
aemartinez@morganlewis.com

Attorneys for Defendants