CERTIFICATE OF SERVICE

I hereby certify that I have caused copies of the following:

**PLAINTIFF'S ANSWERING BRIEF IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

to be served upon:   MICHAEL P. KELLY, ESQUIRE
CHRISTOPHER A. SELZER, ESQUIRE
McCarter & English, LLP
919 N. Market Street, Suite 1800
P.O. Box 111
Wilmington, DE   19899

by mailing copies to them at their address listed above, postage prepaid, on October 22, 2007.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
NOEL E. PRIMOS, ESQUIRE
Bar I.D. #3124
414 S. State Street
P.O. Box 497
Dover, DE   19903
(302) 674-0140
Attorneys for Plaintiff

DATED: 10-22-07
NEP:pmw