

McCARTER
ENGLISH
ATTORNEYS AT LAW

April 2, 2008

Christopher A. Selzer
Associate
Business Litigation Group
cselzer@mccarter.com

McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
T. 302.984.6300
F. 302.984.6399
www.mccarter.com

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

VIA E-FILE AND HAND DELIVERY

The Honorable Mary Pat Thynge
United States District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

Re: **Miller v. Aramark, Inc. - Notice of Settlement**
    **C.A. No. 06-534 (MPT)**

Dear Magistrate Thynge:

I represent the defendant in this matter. I write to inform Your Honor that the parties have reached an agreement in principle to settle this case. The parties are working quickly to document this agreement and to provide the Court with an appropriate Stipulation of Dismissal.

The Scheduling Order in this case requires that the parties file the Final Pretrial Order on Monday, April 7, 2008. The pretrial conference in this matter is scheduled for Monday, April 21, 2008, and this matter was scheduled for trial beginning Monday, May 12 through Thursday, May 15, 2008. In an effort to facilitate the expeditious documentation I respectfully request a stay of the above timeline.

I thank the Court for its time and attention to this matter and as always, should there be any questions, counsel are available at the discretion of the Court.

Respectfully,

/s/ Christopher A. Selzer

Christopher A. Selzer
DE ID 4305

CAS:jr

cc: William J. Delany, Esq. (via e-mail)
    Noel E. Primos, Esq. (via fax and mail)

ME1 7258690v.1