# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL MILLER,<br><br>   Plaintiff,<br><br>v.<br><br>ARAMARK HEALTHCARE SUPPORT SERVICES, INC., ARAMARK CLINICAL TECHNOLOGY SERVICES, INC., AND ARAMARK MANAGEMENT SERVICES LIMITED PARTNERSHIP,<br><br>   Defendants. | Civil Action No.  06-534-MPT |

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED** by and between the undersigned parties to this action, that the instant proceeding be dismissed, with prejudice, and without costs or fees to either party.


Respectfully,                                                    Respectfully,


/s/ Noel E. Primos_____          /s/ Christopher A. Selzer_____
William D. Fletcher, Jr. (D.E. Bar I.D. 362)      Michael P. Kelly (D.E. Bar I.D. 2295)
Noel E. Primos (D.E. Bar I.D. 3124)             Christopher A. Selzer (D.E. Bar I.D. 4305)
SCHMITTINGER & RODRIGUEZ, P.A.          MCCARTER & ENGLISH, LLP
414 South State Street                              Citizens Bank Building
P.O. Box 497                                           919 N. Market Street, 18th Floor
Dover, DE 19901                                      Wilmington, DE 19801
Tel. 302.674.0140                                    Tel. 302.984.6301/6392

Attorneys for Plaintiff                               William J. Delany (admitted *pro hac vice*)
                                                             Anne E. Martinez  (admitted *pro hac vice*)
Dated:  May 20, 2008                              MORGAN, LEWIS & BOCKIUS LLP
                                                             1701 Market Street
                                                             Philadelphia, PA 19103
                                                             Tel.  215.963.5066/5718

                                                             Attorneys for Defendants

                                                             Dated:  May 20, 2008